UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK   Attorney: MYERS & GALIARDO, LLP

---

TAMEL HUNT

                                        Plaintiff(s)

      - against -

THE CITY OF NEW YORK, ETAL

                                        Defendant(s)

Index # 08 CV 5051 (CASTEL

Purchased June 2, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 17, 2008 at 10:30 AM at

C/O CORPORATION COUNSEL
100 CHURCH ST., 4TH FL.
NEW YORK, NY10007

deponent served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on THE CITY OF NEW YORK therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to AMANDA GONZALES, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 24 | 5'6 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 17, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

ANDERSON CHAN
License #: 1220482
Invoice #: 464246

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728