

## Myers & Galiardo, LLP

Chanin Building, Suite 2710
122 East 42nd St., New York, NY 10168
Phone: 212-986-5900   Fax: 212-986-6250



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

Attorneys at Law

August 26, 2008

# MEMO ENDORSED

*Conference adjourned
from September 5 to
October 3, 2008 at 10:50am

SO ORDERED*

**VIA TELECOPY (212-805-7949)**

Judge P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York  10007

*USDJ
8-26-08*

> **Re:**   **Tamel Hunt v. City of New York, et al.**
>            **08 CV 5051 (PKC)**

Your Honor:

Please be advised that this office represents the plaintiff in the above matter alleging police misconduct.

We are scheduled to appear before Your Honor for an Initial Conference on September 5, 2008. Due to a vacation conflict, this office must request an adjournment of the conference. We hereby request **October 3, 2008,** at 10:00 a.m., as an alternate date for the conference. Defense counsel, Douglas Heim, Esq., Assistant Corporation Counsel for the City of New York, is aware of and consents to the newly scheduled date.

Very Truly Yours,
*Myers & Galiardo*

Christopher D. Galiardo

cc:   Douglas Heim, Esq.
       (by fax, 212-788-9776)

Br/cdg (w/encl)

www.myersgaliardo.com